UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-20305-CR-MARTINEZ/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

TRAVIS BECKLES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Travis Beckles' Motion To Suppress Statement **(D.E.#20)**, filed June 25, 2007.

**THE MATTER** was referred to United States Magistrate Judge Ted E. Bandstra, and accordingly, the Magistrate Judge conducted an evidentiary hearing on the motion on July 10, 2007. A Report and Recommendation was filed on July 16, 2007, recommending that defendant's Motion to Suppress Statement be **Denied.**

The parties were afforded the opportunity to serve and file written objections within ten (10) days upon receipt of the Magistrate Judge's Report and Recommendation, and the record reveals that objections were filed by the Defendant and noted by this Court. After a *de novo* review of the record and Magistrate Judge Bandstra's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Ted E. Bandstra's Report and Recommendation of July 16, 2007 is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of July, 2007.

                                                                            _Cecilia M. Altonaga for_
                                                                            JOSE E. MARTINEZ
                                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Bandstra
All Counsel Of Record